# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DIANE R. OLSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C10-5840-MJP

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after considering the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and noting the absence of any opposition, does hereby find and **ORDER**:

(1)      The Court adopts the Report and Recommendation.

(2)      The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)      The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

\\

\\

1 | DATED this 18th day of July, 2011.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 2